## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RYAN PFLIPSEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **vs.** | ) | |
| | ) | **FILE No. 5:24-cv-55** |
| **7-ELEVEN INC., RA.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## <u>JOINT NOTICE OF SETTLEMENT</u>

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and/or prepare and file dismissal papers with the Court.

Dated: April 10, 2024.

Respectfully submitted,

**Plaintiff, Ryan Pflipsen**
Dennis R. Kurz, Esq.
Texas State Bar No. 24068183
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Ste. J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

**Defendant, 7-Eleven, Inc. R.A.**
Richard M. Hunt, Esq.
Texas State Bar ID No. 10288700
**HUNT HUEY PLLC**
100 Crescent Court, Suite 700
Dallas, Texas 75201
jhuey@hunthuey.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on April 10, 2024.

**Defendant, 7-Eleven, Inc. R.A.**
Richard M. Hunt, Esq.
Texas State Bar ID No. 10288700
**HUNT HUEY PLLC**
100 Crescent Court, Suite 700
Dallas, Texas 75201
jhuey@hunthuey.com

/s/  Dennis R. Kurz
Dennis R. Kurz, Esq.