IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **RYAN PFLIPSEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:24-cv-55 |
| **7-ELEVEN INC., RA.,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff **RYAN PFLIPSEN** ("Plaintiff") respectfully files this unopposed motion with the Court to dismiss the Defendant(s) with prejudice, in that all issues pertinent to this litigation have appropriately addressed by the Parties, thereby necessitating the dismissal of the instant lawsuit.

As a result, the Plaintiff would respectfully request that the Court hereby dismiss the within action with prejudice as of the date of the filing of the instant pleading.

Respectfully submitted,

    **KURZ LAW GROUP, LLC**
    3455 Cobb Parkway, SE, Suite J-285
    Atlanta, GA 30339
    www.kurzlawgroup.com
    (404) 805-2494 Telephone
    (770) 428-5356 Facsimile
    By:  */s/ Dennis R. Kurz*
          Dennis R. Kurz
          Texas State Bar No. 24068183
          dennis@kurzlawgroup.com
    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2024, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

**Defendant, 7-Eleven, Inc. R.A.**
Richard M. Hunt, Esq.
Texas State Bar ID No. 10288700
**HUNT HUEY PLLC**
100 Crescent Court, Suite 700
Dallas, Texas 75201
jhuey@hunthuey.com

*/s/ Dennis R. Kurz*
Dennis R. Kurz