UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RYAN PFLIPSEN,**

*Plaintiff*

**v**                     Case No.  SA-24-CV-00055-JKP

**7-ELEVEN INC., RA,**

*Defendant*

**O R D E R**

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice. *See* ECF No. 16. The Court **GRANTS** the motion and dismisses this action with prejudice. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is **ORDERED** all causes of action asserted by any party and any potential causes of action related to this matter are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** all costs and attorneys' fees shall be paid by the party incurring them.

The Court **DIRECTS** the Clerk of Court to close the case.

It is so ORDERED.
SIGNED this 2nd day of May, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE